**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sameh Hussein,<br><br>    Plaintiff,<br><br>vs.<br><br>Robin Barrett and United States Citizenship and Immigration Services,<br><br>    Defendant(s). | Case No.: C-11-5317-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on May 7, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 10/29/12 at 2:00 p.m. to set Trial date |
| NON-EXPERT DISCOVERY CUTOFF: | 10/19/12 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 9/30/12<br>Rebuttal: 10/12/12 |
| EXPERT DISCOVERY CUTOFF: | 10/31/12 |

The May 18, 2012 compliance hearing regarding whether Defendant consents to a Magistrate Judge is VACATED, as Defendant's compliance is complete. The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Date: May 15, 2012

_____

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**