UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAMEH HUSSEIN,

        Petitioner,

v.

ROBIN BARRETT, et al.,

        Respondents.

Case No. 11-cv-05317-JST

**ORDER RE: POST-TRIAL SUPPLEMENTAL BRIEFING**

The parties may – but are not required to – file a brief of no more than five pages by December 16, 2013, addressing the admissibility of Defendants' Exhibit C, after which the Court will take the matter under submission.

Separately, the parties are also ordered to file their written closing arguments by January 31, 2014, at which time the Court will take this matter under submission. The parties' should include in their written arguments a discussion of the "good moral character" issue raised from the bench at the close of the proceedings today. The parties' written closing arguments must not exceed 25 pages in length.

**IT IS SO ORDERED.**

Dated: December 2, 2013



_____
JON S. TIGAR
United States District Judge