1  Robert B. Jobe (Cal. State Bar #133089)
   Anna Benvenue (Cal. State Bar #261436)
2  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny Street, Ste. 200
3  San Francisco, CA 94108
   Tel: (415) 494-8597
4  Fax: (415) 840-0308
   Email: federal@jobelaw.com
5
   Attorneys for Petitioner.
6

7              UNITED STATES DISTRICT COURT FOR THE
8                 NORTHERN DISTRICT OF CALIFORNIA

9

10 SAMEH HUSSEIN                        )   No. 11-cv-05317-JST
                                        )
11          Petitioner,                 )
                                        )
12                                      )   **AMENDED STIPULATION TO RESET
                                        )   CASE MANAGEMENT
                                        )   CONFERENCE;** [~~PROPOSED~~] **ORDER**
13                                      )
     v.                                 )
14                                      )
                                        )
15 ROBIN BARRETT. SAN FRANCISCO         )
   FIELD OFFICE DIRECTOR: UNITED        )
16 STATES CITIZENSHIP AND               )
   IMMIGRATION SERVICES                 )
17                                      )
            Respondents.                )
18 _____ )

19         Petitioner, by and through his attorneys of record, and Respondents, by and through their

20 attorney of record, hereby stipulate to the following:

21         1.      On July 1, 2016 the Court scheduled a case management conference for August

22 24, 2016 at 2:00 p.m. The Court further ordered a joint case management statement be filed by

23 August 10, 2016.

24         2.      On August 2, 2016, Petitioner hired undersigned counsel's office to represent him

25 in these proceedings, and the parties agreed that it would be beneficial to postpone the case

26 management conference to allow new counsel the time to obtain and review the file.

27         3.      Counsel for Petitioner and Respondents are both available on September 28, 2016

28 Stipulation to Reset Case Management Conference; [~~Proposed~~] Order

and request that the Court reset the case management conference to that date or a Wednesday after that date if necessary based on the Court's schedule.  If the Court sets the case management conference for Wednesday September 28, 2016, the parties agree to file their joint case management statement on Wednesday September 14.

4.      On August 8, 2016 the parties filed a joint stipulation with a typographical error. It requested that the Court reset the case management conference to Wednesday September 24, rather than 28.  Since September 24 is actually a Saturday, the parties hereby amend their request to ask that the Court reschedule the case management conference to Wednesday the 28th of September.

5.      For all of the foregoing reasons, the parties respectfully request that the Court reset the deadline for the case management conference and statement.


Dated:  August 9, 2016                    Respectfully submitted,

                                          /s/ Robert B. Jobe
                                          _____
                                          Robert B. Jobe
                                          Anna Benvenue
                                          LAW OFFICE OF ROBERT B. JOBE
                                          550 Kearny St., Ste. 200
                                          San Francisco, CA 94108
                                          (415) 494-8597
                                          (415) 840-0308 fax

                                          Attorneys for Petitioner

Dated:   August 9, 2016                   Respectfully submitted,

                                          /s/ Christopher W. Dempsey
                                          _____
                                          Christopher W. Dempsey
                                          United States Department of Justice
                                          Civil Division - Office of Immigration Litigation
                                          P.O. Box 868
                                          Ben Franklin Station
                                          Washington, DC 20044
                                          (202) 532-4110

                                          Attorney for Respondents

1                                    **[PROPOSED] ORDER**

2

3           Pursuant to stipulation, IT IS SO ORDERED.

4

5 DATED:  August 9, 2016             _____

6                                  Honorable Jon S. Tigar

7                                  United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28