```
Robert B. Jobe (Cal. State Bar #133089)
Anna Benvenue (Cal. State Bar #261436)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel: (415) 494-8597
Fax: (415) 840-0308
Email: federal@jobelaw.com
```

Attorneys for Petitioner.

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMEH HUSSEIN ) | No. 11-cv-05317-JST |
| ) | |
| Petitioner, ) | |
| ) | **STIPULATION TO RESET CASE** |
| ) | **MANAGEMENT CONFERENCE;** |
| ) | **[PROPOSED] ORDER** |
| ) | |
| v. ) | |
| ) | |
| ROBIN BARRETT, SAN FRANCISCO ) | |
| FIELD OFFICE DIRECTOR: UNITED ) | |
| STATES CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES ) | |
| ) | |
| Respondents. ) | |
| _____) | |

Petitioner, by and through his attorneys of record, and Respondents, by and through their attorney of record, hereby stipulate to the following:

1.   On July 1, 2016 the Court scheduled a case management conference for August 24, 2016 at 2:00 p.m. The Court further ordered a joint case management statement be filed by August 10, 2016.  On August 9, 2016, the Court signed a stipulation to reschedule the case management conference to September 28, 2016.

2.   On September 12, 2016, the parties agreed that, since counsel for both Plaintiff and Respondents are new to the case on remand, it would be beneficial to postpone the case management conference a second time to allow new counsel more time to thoughtfully prepare

Stipulation to Reset Case Management Conference; [Proposed] Order

the joint case management statement.

3. Counsel for Petitioner and Respondents are both available on October 26, 2016 and request that the Court reset the case management conference to that date or a Wednesday after that date if necessary based on the Court's schedule. If the Court sets the case management conference for Wednesday October 26, 2016, the parties agree to file their joint case management statement on Wednesday October 12, 2016.

4. For all of the foregoing reasons, the parties respectfully request that the Court reset the deadline for the case management conference and statement.

Dated:  September 13, 2016             Respectfully submitted,

                                       /s/ Robert B. Jobe
                                       _____
                                       Robert B. Jobe
                                       Anna Benvenue
                                       LAW OFFICE OF ROBERT B. JOBE
                                       550 Kearny St., Ste. 200
                                       San Francisco, CA 94108
                                       (415) 494-8597
                                       (415) 840-0308 fax

                                       Attorneys for Petitioner

Dated: September 13, 2016              Respectfully submitted,

                                       /s/ Edward S. White
                                       _____
                                       Edward S. White
                                       Trial Attorney
                                       United States Department of Justice
                                       Office of Immigration Litigation - District Court
                                       P.O. Box 868
                                       Ben Franklin Station
                                       Washington, DC 20044
                                       (202) 616-9131

                                       Attorney for Respondents

Stipulation to Reset Case Management Conference; [Proposed] Order   2

1                                              **[~~PROPOSED~~] ORDER**

2

3        Pursuant to stipulation, IT IS SO ORDERED.

4

5 DATED: September 13, 2016        _____

6                                          Honorable Jon S. Tigar

7                                          United States ~~Magistrate~~ Judge